# EXHIBIT A

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>440-2023-00723 |
|---|---|---|

Illinois Department of Human Rights _____ and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs., Mx): Mr. Darrell Winns
**Home Phone** (Incl. Area Code): [redacted]
**Date of Birth**: [redacted]

**Street Address**: [redacted]
**City, State and ZIP Code**: [redacted]
**Email Address**: [redacted]

**Street Address**: c/o Mohammed Badwan, Sulaiman Law Group, 2500 S. Highland Ave., #200, Lombard, IL 60148 (mbadwan@sulaimanlaw.com)

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

**Name**: Great Sports, Inc. d/b/a SaferWholesale
**No. Employees, Members**: 15+
**Phone No.** (Include Area Code): 866-606-3991

**Street Address**: 1333 S. Schoolhouse Road,
**City, State and ZIP Code**: New Lenox, IL 60451
**Email Address**: chrisbriden22@yahoo.com

**DISCRIMINATION BASED ON** (*Check appropriate box(es)*):
[X] RACE  [X] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[X] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify below)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: February, 2022
Latest: March, 2022
[ ] CONTINUING ACTION

**THE PARTICULARS ARE** (*If additional paper is needed, attach extra sheet(s)*):

I, Darrell Winns, was hired at Great Sports, Inc. d/b/a SaferWholesale as a warehouse employee on or around December 15, 2015, until I was unlawfully terminated on or around March 1, 2022, on the basis of my race (African-American) and my skin color (Black).

The following is a non-exhaustive list of the race and color discrimination and retaliation I was subjected to:

For the purposes of this charge, I was one of two African-American employees employed in the warehouse. I was an exemplary employee and was never subjected to any disciplinary actions or write ups during my employment.

In or around January, 2022, one of the owners of the Company, Mr. Gary Briden (Caucasian), transferred his brother-in-law, Mr. Dave (LNU) (Caucasian) to be the new warehouse manager. It was known throughout the Company that Dave was making six figures at his former employer and wanted to be paid more for the warehouse manager position. My pay was cut by approximately half of what I was making in commissions folllowing Dave's transition to warehouse manager.

Shortly following Dave's hire, the Employer's accountant, Ms. [redacted] (LNU) (Caucasian) began to follow me around in the warehouse and harass me by yelling and rearranging my work documents and targeting me for mistakes. I was being targeted on the basis of my race and skin color due to fact that only African-American employees were being subjected to this conduct while other non-African-American employees were not. I reported

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 10 / 25 / 2022<br>Date        *Darrell Winns*<br>Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

Doc ID: 535b2104f6327d46cba0660645b030c8dba9581b

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2023-00723 |
|---|---|---|

**Illinois Department of Human Rights** and EEOC
*State or local Agency, if any*

▅▅▅ to the Employer's Human Resources Representative, however, my complaints and concerns were ultimately ignored.

In or around February 2022, the other African-American employee in my department was terminated. I immediately felt that my employment was threatened and I was going to be terminated next. During this same month, Mr. ▅▅▅ hired a Caucasian employee to train for my position. I was directed to train this employee on all aspects of my job duties.

On or around March 1, 2022, the Employer terminated my employment on the basis of race and color. The Employer terminated my employment and told me "This isn't going to work out." The Employer's reason for my termination was pre-text for race and color discrimination and retaliation. The Employer targeted me on the basis of my race and skin color, directed me to train my non-African-American replacement, and retaliated against by terminating my employment.

Thus, I have been discriminated against on the basis of my race (African-American), my skin color (Black), and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended and (775ILCS 5/) Illinois Human Rights Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 10 / 25 / 2022     *Darrell Winns*<br>Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

Doc ID: 535b2104f6327d46cba0660645b030c8dba9581b